# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| SHARON CUEVAS HANSEN, | ) | 3:06-CV-0653-HDM (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | December 5, 2007 |
| MARY MEYERS, | ) | |
| Defendant. | ) | |

PRESENT:     THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion to compel discovery (#27) is **DENIED without prejudice** for failure to meet and confer and for failure to provide certification that counsel have been unable to resolve the matter without court action pursuant to Fed.R.Civ.P. 37 and LR 26-7(b). Plaintiff's counsel states in his affidavit that his "office contacted defense counsel in an effort to resolve the discovery dispute." (#27). The court finds that this certification does not satisfy the personal consultation requirement of Fed.R.Civ.P. 37 and LR 26-7(b). *Shuffle Master, Inc. v. Progressive Games, Inc.* 170 F.R.D. 166, 170 (D.C. Nev. 1996) (certification must "accurately and specifically convey to the court who, where, how, and when the respective parties attempted to *personally* resolve the discovery dispute.")

Plaintiff shall have leave to re-file the motion if counsel are unable to resolve the matter after following the dictates of Fed.R.Civ.P. 37 and LR 26-7(b).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:     /s/
         Deputy Clerk